No. 92–8006. HUMPLEY v. GOEBEL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 92–8008. WILSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8009. MORRISON v. ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–8010. SANDERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8012. WHITE v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–8014. OSWALD v. DAJOS. C. A. 6th Cir. Certiorari denied.

No. 92–8019. COLEMAN v. CROWN LAUNDRY ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 92–8023. BARKER v. WOOD, LUCKSINGER & EPSTEIN ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–8025. DOLPH v. SAFFLE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–8027. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–8029. LUSK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–8032. OLSON v. POWERS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–8033. MARTIN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 92–8034. READY v. SCOPA. C. A. 1st Cir. Certiorari denied.